## Commonwealth *v.* Williams, Appellant.

Argued March 18, 1974. *Harry Siegel,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District At-

898

torney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.